12 CV 05996

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rasaun Bullock
_____ Pro-Se

Please send confirmation of this document
Bullock.R PRO-SE

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

B.O.C exc Dir Wolf - T Richard
D.O.C commissioner D. Schriro
Correction officers John Doe
1-200

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

# COMPLAINT

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED SDNY PRO SE OFFICE
2012 AUG -1 P 3:00

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Rasaun Bullock
             ID #  9800800840
             Current Institution  GRVC
             Address  09-09 Hazen St
                      East Elmhurst N.Y. 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  B.O.C exc Dir Wolf et al    Shield # _____
                  Where Currently Employed  Unknown / B.O.C
                  Address  Unknown

Rev. 05/2010                                    1

Defendant No. 2    Name _____See Above_____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 3    Name _____See Above_____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 4    Name _____See Above_____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name _____See Above_____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     _____GRVC_____

B.   Where in the institution did the events giving rise to your claim(s) occur?
     _____Housing area 2B-_____

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     _____From July-16-2011 till present_____

D. Facts:

*What happened to you?*
*Who did what?*
*Was anyone else involved?*
*Who else saw what happened?*

I am denied food that's given DOC to give me - I am told we have no food for you - or I'm given spoiled food or contaminated food - or I.C. because CO's (John Does 1-100) eat my food or give it to other inmates or throws it in the trash. From approx 7/6/2011 till present all the floor officers and escorts & ABC officers conspire to make me sick or starve me just to feed themselves and in retaliation for reporting what's happening — this is just a glimpse of the torture I am subjected to due to my protective conduct — my mail is always tampered or played or messed with - and the officers employ inmates to help them cover up their criminal activities - and the officers make false documents under the Corrections seal to further cover up stuff. The officers take my food off camera to contaminate it and these things are especially done on the 7AM-3PM (lunch time) by the Steady Officer who tells others to do the bad stuff to me also - the officers put food on the trays out of sight - when it's taken in front of CPSU inmates and says this man they don't give him no other — and I've learned I get sick

III. Injuries:

*If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.*

I've been sick with severe stomach - kidney - liver etc (internal pain) that leaves me crying & curled up for days - throwing up - blood at times - I've found glass - doo-doo & stuff just like chopped up roaches & the smell of decaying flesh like a dead mouse - bad heart pains - chest pains - dizzyness cause I don't eat for days out of fear or force - I've also been attacked & brutalized because I reported things - this is a small glimpse

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). GRVC Frau and In this time FRAuL

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

  Yes ✓   No ___   Do Not Know ___

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

  Yes ___   No ___   Do Not Know ✓

  If YES, which claim(s) ? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?
  Yes ✓   No ___

  If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

  Yes ___   No ___

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? I wrote it out & gave it to officers then called it in to D.O.I. and B.O.C.

  1.  Which claim(s) in this complaint did you grieve? All

  2.  What was the result, if any? Nothing that I can see changed or was done differently

  3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. Call B-O-C repeatedly & kept giving the way the food situation with us is handled —

F.  If you did not file a grievance:

  1.  If there are any reasons why you did not file a grievance, state them here: _____

  2.  If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _I Also Informed every Officer weather warden-ADW Dup-Capt-etc that I Seen Along with the grievences_

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _I've wrote numerous entitys But D.O.C Plays with my mail So (at) times it don't get mailed or given to me I have complained about these two (2) cops who have been playing with my mail (incoming & outgoing Since 08)— Routas & Austin they are escorts & they beat me up on extraction may 27 2012, and 4-1-12_

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _Move me to a wheel chair Faculty & Do some thing to see to it that these officers In Rikers Do not Do to others Nor me what they've Been Doing to me For 4 years straght & others longer— And I want Charges Brought against those closely Associated with the continued criminal activites — And I am Seeking Damages_

VI. **Previous lawsuits:**

| On these claims | A. | Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?  Yes ✓  No ___ |

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _Same_

Defendants _Same_

2. Court (if federal court, name the district; if state court, name the county) _SDNY_

3. Docket or Index number _are known at this time_

4. Name of Judge assigned to your case _un aware_

5. Approximate date of filing lawsuit _Can't remember_

6. Is the case still pending? Yes ✓ No ___

   Note: D.O.C. plays with my communications with the outside world that's why I am foggy on all pertinent facts

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _Still pending_

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ✓ No ___

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _Same_

Defendants _Same_

2. Court (if federal court, name the district; if state court, name the county) _SDNY_

3. Docket or Index number _Unknown_

4. Name of Judge assigned to your case _Unknown_

5. Approximate date of filing lawsuit _Unknown_

6. Is the case still pending? Yes ✓ No ___

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _Still pending_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of July, 2012.

Signature of Plaintiff: Bullock -R

Inmate Number: 9800800840

Institution Address: 09-09-Hazen St, East Elmhurst N.Y.

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 20th day of July, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Bullock-R PRO-SE

